Commonwealth ex rel. Cimino, Appellant, *v.* Lucarelli.

Argued June 5, 1963. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Ralph P. Carey,* with him *Carey and Mazzoni,* for appellant.

*Carl Carey,* with him *Joseph J. Cimino,* District Attorney, for appellee.

OPINION PER CURIAM, January 7, 1964:

Since the date of oral argument the issues involved in this litigation have become moot. Accordingly, the appeal is dismissed.